ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 Fax: (651) 406-9676

Edward E. Neiger
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck, and Co., | |
| Plaintiffs, | |
| v. | Adv. No. 20- 06386 |
| Hangzhou U-Jump Arts & Crafts Co. Ltd., | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## FOURTH STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Further to the Third Stipulation for Extension of Time filed on June 8, 2022, extending the due date for Defendant's answer, motion or other pleadings to the Complaint [Adv. D.I. 1] to July 10, 2022, Kmart Holding Corporation and Sears Home Improvement Products, Inc. (together, the "Plaintiffs"), two of the debtors in the above-captioned chapter 11 case, and Hangzhou U-Jump Arts & Crafts Co. Ltd. (the "Defendant" and, together with Plaintiffs, the "Parties") through their respective counsel, enter into this Fourth Stipulation for Extension of Time to Answer Complaint and hereby stipulate and agree that the time within which Defendant may answer, move, or otherwise plead to the Complaint [Adv. D.I. 1] is hereby further extended to and including **August 9, 2022** to allow more time for the parties to discuss settlement.

**AGREED TO BY:**

| ASK LLP | LIU, CHEN & HOFFMAN LLP |
|---|---|
| /s/ Brigette G. McGrath | /s/ Yong Chen |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | Yong Chen, Esq. |
| Brigette G. McGrath, Esq., NY SBN 4962379 | admitted in SDNY (YC0914) |
| 2600 Eagan Woods Drive, Suite 400 | One Penn Plaza, Suite 2508 |
| St. Paul, MN 55121 | New York, NY 10119 |
| Telephone: (651) 289-3857 | Telephone: 212-547-6694 |
| Fax: (651) 406-9676 | Email: ychen@ambizlaw.com |
| Email: bmcgrath@askllp.com | |
| | *Counsel for Defendant* |
| -and- | |
| Edward E. Neiger | |
| 151 West 46th Street, 4th Floor | |
| New York, NY 10036 | |
| Telephone: (212) 267-7342 | |
| Email: eneiger@askllp.com | |
| | |
| *Counsel for Plaintiffs* | |